UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED, and PAT CAPRA,<br><br>　　　　　*Plaintiffs*,<br><br>-against-<br><br>MONEYLION TECHNOLOGIES INC. and CONTINENTAL STOCK TRANSFER & TRUST COMPANY,<br><br>　　　　　*Defendants*. | Case No. 1:23-cv-06339-JMF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, a member of the law firm of Hodgson Russ LLP, hereby appears in the above-captioned case on behalf of, and as counsel to, defendant Continental Stock Transfer & Trust Company, and requests that all notices be given to, and served upon, the undersigned at the address set forth below.

Dated:　New York, New York
　　　　August 2, 2023

　　　　　　　　　　　　　　　　　　　　　HODGSON RUSS LLP

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Erin N. Teske
　　　　　　　　　　　　　　　　　　　　　　　　Erin N. Teske
　　　　　　　　　　　　　　　　　　　　　605 Third Avenue, Suite 2300
　　　　　　　　　　　　　　　　　　　　　New York, NY  10158
　　　　　　　　　　　　　　　　　　　　　(212) 751-4300
　　　　　　　　　　　　　　　　　　　　　eteske@hodgsonruss.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Continental Stock Transfer & Trust Company*