UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JEFFREY FROMMER, et al., :
:
:
Plaintiffs, :
: 23-CV-6339 (JMF)
-v- :
: ORDER
:
MONEYLION TECHNOLOGIES INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the conference held earlier today:

- Defendants' deadline to file any opposition to Plaintiffs' motion for a preliminary injunction is hereby extended to **August 31, 2023**. Defendants' opposition should include a discussion of any disputed facts and whether they are material to the motion and, thus, whether they would require an evidentiary hearing.

- Plaintiffs' deadline to file any reply is extended to **September 8, 2023**.

- The parties shall meet and confer and, no later than **September 7, 2023**, file a joint letter addressing any proposed modifications to the schedule and whether there is anything the Court can do to facilitate settlement.

    SO ORDERED.

Dated: August 9, 2023  
       New York, New York                       _____
                                                      JESSE M. FURMAN
                                                    United States District Judge