# Exhibit D



06.11.21



75 MONTGOMERY ST, JERSEY CITY, NJ 07302



MALKA

# CREATIVE STUDIO

# ENTERTAINMENT










# MALKA

## A **CREATIVE STUDIO** BUILT FOR TODAY'S **ALWAYS-ON EVERYWHERE** CUSTOMER



ENTERTAINMENT

TALENT

COMMERCE

STRATEGY

STORYTELLING

MALKA

PRODUCTION

LIVE

MOTION / VFX

DESIGN STUDIO

3



**MALKA**

STRATEGY ROOTED IN DATA AND INSIGHT

WITH HOLLYWOOD-LEVEL PRODUCTION

DIGITALLY SCOPED FOR AN ALWAYS-ON ECOSYSTEM.

ALL AT THE SPEED OF THE CUSTOMER. ™

MALKA

# CREATIVE CONTENT CENTER OF EXCELLENCE AT SCALE

 BOGOTA REMOTE FACILITY
ONLINE MAY 2021
60% REDUCTION IN COST

 **TWO LIVE STUDIOS EAST/WEST COAST**

 **SOC2 WORKING COMPLIANCE SECURITY MANAGEMENT**

 **INTEGRATED PROJECT AND FINANCIAL MANAGEMENT SYSTEMS**

**CISCO MERAKI AND SOPHOS SECURITY**

 **QUANTUM XCELLIS SERVER NETWORK**

ENTERTAINMENT

TALENT

COMMERCE

STRATEGY

MALKA

STORYTELLING

PRODUCTION

LIVE

MOTION / VFX

DESIGN STUDIO










 **CLOUD CPU/GPU RENDER FARM**

 **IPV LAYERED MAM AND AI  META-TAGGING**

5



MALKA



# THE NETWORK (M)

Powered by MALKA

| DEMOGRAPHIC | AGE | INFLUENCE | REACH |
|---|---|---|---|
| **85%** | **90%** | **40M** | **350M** |
| Male | 18 - 34 years | Social Followers | Monthly Impressions |

**SHOW DATA**

| | |
|---|---|
| 20MIN | AVERAGE WATCH TIME |
| 4.3M | YOUTUBE SUBSCRIBERS |
| 0 | TOPIC RESTRICTIONS |



THE  **MALKA**  NETWORK LINE UP



**ALL THE SMOKE**
*2020 iHeart Sports Podcast of the Year*



**BELOW THE BELT**
*250K+ Podcast Subs*



**DOUBLE COVERAGE**
*36% YoY Growth*



**4TH AND FOREVER**
*7% Engagement Rate*



**#GETSOME**
*5M+ Social Reach*



**HEAL THY SELF**
*Top 10 in Health & Wellness*



**AUSTIN AF**
*Premiering April 2021*




**HOTBOXIN'**
*75M+ Streams in 2020*



**MORNING KOMBAT**
*3x Live Episodes Each Week*



**RUN THAT BACK!**
*2M+ Views in Season 1*



**SPORTS BUSINESS RADIO**
*Longest Running Sports Podcast*



**THE FOOD TRUCK**
*600K+ Views Per Episode*



**STUFFED**
*250K Twitter Followers*



**CALLED GAME**
*1.5M Subs on YouTube*

+   +   +   +   +

MALKA

# AGILE DISTRIBUTION ACROSS ALL CHANNELS

THE DIGITAL STACK IS A MULTI-CHANNEL DISTRIBUTION STRATEGY THAT ENGAGES FANS & AUDIENCES EVERYWHERE THEY ARE WITH BOTH TUNE-IN & ALWAYS-ON CONTENT ENDEMIC TO THE CHANNEL THEY'RE ON.



40 MILLION VIEWS

40 MILLION VIEWS

5 MILLION FOLLOWERS

10 MILLION COMMENTS

# CREATIVE STUDIO



# CREATIVE STUDIO

2021 PROJECTED

| | |
|---|---|
| REVENUE | $29.1M |
| COGS | $24.6M |
| EBITDA | $4.5M |
| EBITDA % | 15% |

YTD JUN '21
REVENUE   $12.1M

2020 Q3 VS 2019 Q3 - 84.7%
2020 Q4 VS 2019 Q4 - 108%



2021 Monthly Revenue ($ in Millions)

# ENTERTAINMENT



# ENTERTAINMENT

**2021 PROJECTED**

| | |
|---|---|
| REVENUE | $6.2M |
| COGS | $4.7M |
| EBITDA | $1.5M |
| EBITDA % | 24% |

YTD JUN '21
REVENUE    $1.3M



# CREATIVE STUDIO + ENTERTAINMENT



# CREATIVE STUDIO + ENTERTAINMENT

2021 PROJECTED

| | |
|---|---|
| CREATIVE STUDIO | $29.1M |
| ENTERTAINMENT | $6.2M |
| INTERCO ELIM | ($2.9M) |
| TOTAL REVENUE | $32.4M |
| | |
| TOTAL EBITDA | $5.4M |
| EBITDA % | 17% |



# CREATIVE STUDIO + ENTERTAINMENT

## ANNUAL GROWTH RATE

|      | CS  | ENTERTAINMENT |
|------|-----|---------------|
| 2021 | 50% | 178%          |
| 2022 | 34% | 94%           |
| 2023 | 41% | 83%           |
| 2024 | 24% | 70%           |



Consolidated Revenue Forecast 2020 - 2024

51% CAGR

$18.7M · $32.4M · 46.8M · $70.7M · $96.8M

# CREATIVE STUDIO + ENTERTAINMENT

## EXPECTED EBITDA
## FORECAST

|      | REVENUE | EBITDA |
|------|---------|--------|
| 2021 | 32.4M   | 17%    |
| 2022 | 46.8M   | 19.4%  |
| 2023 | 70.7M   | 22.5%  |
| 2024 | 96.8M   | 24.7%  |



# NJ DIGITAL MEDIA TAX CREDITS – 20%

Digital media content is any data or information that is produced in digital form, including data or in formation created in analog form but reformatted in digital form, text, graphics, photographs, animation, sound and video content. Digital media content does not mean content offerings generated by the end user (including postings on electronic bulletin boards and chat rooms); content offerings comprised primarily of local news, events, weather or local market reports; public service content; electronic commerce platforms (such as retail and wholesale website); websites or content offerings that contain obscene material as defined pursuant to N.J.S.A. 2C:34-2 and 2C:34-3; websites or content that are produced or maintained primarily for private, industrial, corporate or institutional purposes; or digital media content acquired or licensed by the taxpayer for distribution or incorporation into taxpayer's digital media content.

|                       | 2019   | 2020   | 2021    |
|-----------------------|--------|--------|---------|
| COST BASIS            | $4.5M  | $6.5M  | $12.0M  |
| EXPECTED MONETIZATION | $800K  | $1.2M  | $2.2M   |

18



# THANK
# YOU





MALKA