UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED, and PAT CAPRA,<br><br>Plaintiffs,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC. and CONTINENTAL STOCK TRANSFER & TRUST COMPANY,<br><br>Defendants,<br><br>MONEYLION TECHNOLOGIES INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED, and PAT CAPRA,<br><br>Counterclaim Defendants.<br><br>MONEYLION INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED, and PAT CAPRA,<br><br>Third-Party Defendants. | Case No. 1:23-cv-06339-JMF<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**DECLARATION OF<br>NATHANIEL AMENT-STONE** |

I, NATHANIEL AMENT-STONE, pursuant to § 28 U.S.C. 1746, declare under penalty of perjury that the following is true and correct:

1.  I am an attorney associated with the law firm of Katten Muchin Rosenman LLP, counsel for Plaintiffs in this action, and a member of the Bars of the States of New York and

1

California.  I makes this Declaration in order to place before this Court certain documents and information referred to in Plaintiffs'–Counterclaim/Third-Party Defendants' Memorandum of Law in Support of Their Motion to Dismiss Counterclaims and Third-Party Complaint.

2. A true and correct copy of the Membership Interest Purchase Agreement dated November 15, 2021 is attached hereto as Exhibit 1.

3. A true and correct copy of excerpts from the Disclosure Schedules is attached hereto as Exhibit 2.

4. A true and correct copy of an email from Michael S. Harrington to Tim Sharkey dated October 29, 2021, and the attachments thereto, is attached as Exhibit 3.

5. A true and correct copy of an email from Tim Sharkey to Michael S. Harrington dated November 4, 2021 is attached as Exhibit 4.

6. A true and correct copy of a letter from David M. Levy to Marc H. Simon dated May 15, 2023 is attached hereto as Exhibit 5.

7. A true and correct copy of a letter from Eliot Lauer to David M. Levy dated June 6, 2023 is attached hereto as Exhibit 6.

8. A true and correct copy of a letter from David M. Levy to Eliot Lauer dated July 20, 2023 is attached hereto as Exhibit 7.

9. A true and correct copy of excerpts from the Form 10-K of MoneyLion Inc. for the year ended December 31, 2021 is attached hereto as Exhibit 8.

10. A true and correct copy of excerpts from the Form 10-Q of MoneyLion Inc. for the quarterly period ended March 31, 2022 is attached hereto as Exhibit 9.

11. A true and correct copy of the Employment Agreement between Malka Media Group, LLC and Jeffrey Frommer is attached hereto as Exhibit 10.

12. A true and correct copy of the Employment Agreement between Malka Media Group, LLC and Louis Krubich is attached hereto as Exhibit 11.

13. A true and correct copy of a letter from Eliot Lauer to MoneyLion Technologies, Inc. dated May 23, 2023 is attached hereto as Exhibit 12.

14. A true and correct copy of a letter from David M. Levy to Eliot Lauer dated May 25, 2023 is attached hereto as Exhibit 13.

Executed in New York, New York, on September 21, 2023.

_____
Nathaniel Ament-Stone
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
T: (212) 940-8800
F: (212) 940-8776
nathaniel.ament-stone@katten.com

*Counsel for Plaintiffs–Counterclaim/Third-Party Defendants*