UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JEFFREY FROMMER et al.,                                              :
:
                    Plaintiffs,      :           23-CV-6339 (JMF)
:
        -v-                                                  :           ORDER
:
MONEYLION TECHNOLOGIES INC. et al.,                                  :
:
                    Defendants.      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Plaintiffs-Counterclaim/Third-Party Defendants' ("Plaintiffs") new motion to dismiss, *see* ECF No. 61, Plaintiffs' earlier motion to dismiss filed at ECF No. 50 is hereby DENIED as moot.  Defendants-Counterclaim/Third Party Plaintiffs' opposition to the new motion to dismiss is due by **November 17, 2023**.  Plaintiffs' reply, if any, is due by **November 27, 2023**.

        The Clerk of Court is directed to terminate ECF No. 50.

        SO ORDERED.

Dated: November 6, 2023
       New York, New York                            _____
                                                         JESSE M. FURMAN
                                                 United States District Judge