# Katten

50 Rockefeller Plaza
New York, NY  10020-1605
+1.212.940.8800 tel
katten.com

**NATHANIEL AMENT-STONE**
nathaniel.ament-stone@katten.com
+1.212.940.6593 direct

December 8, 2023

**VIA ECF**

The Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *Frommer et al. v. MoneyLion Techs. Inc. et al.*, **No. 23-cv-06339 (JMF)**

Dear Judge Furman:

I submit this letter-motion (as instructed by chambers) to request that ECF Nos. 69 and 69-1, which the Clerk's office has placed under temporary seal, be permanently sealed or otherwise removed from the docket.  As referenced in my colleague Eliot Lauer's letter of yesterday, counsel for MoneyLion requested that Plaintiffs correct three statements in their original Reply Memorandum of Law and submit a more comprehensive version of Exhibit 2 to the Ament-Stone Declaration dated November 3, 2023.  After we filed a Corrected Reply (ECF No. 68) and a revised Exhibit 2 that contained the complete Disclosure Schedules yesterday, MoneyLion's counsel informed us that certain pages of the Disclosure Schedules contain information that their client considers to be confidential business information and would like removed from the public docket.

Plaintiffs then filed a different version of the Ament-Stone Declaration and Exhibit 2 today (ECF Nos. 70, 70-1) which omits the purportedly confidential material.  The Clerk's office informs us that it has placed ECF Nos. 69 and 69-1 under temporary seal, but that a court order is needed to place them under permanent seal.  We respectfully request that the Court enter an order placing those documents under permanent seal or otherwise removing them from the docket.  MoneyLion consents to this motion.

Sincerely,

*/s/ Nathaniel Ament-Stone*
Nathaniel Ament-Stone

Cc:    All counsel of record

Application GRANTED.  The Clerk of Court is directed to strike ECF Nos. 69 and 69-1 from the docket but retain the summary docket text for the record.  To be clear: The Court understands counsel to mean that the confidential information is irrelevant to this matter and need not be considered by the Court.  If that is incorrect, counsel should promptly so advise.  The Clerk of Court is directed to terminate ECF No. 71.  SO ORDERED.

December 11, 2023