# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | JOHN MacGREGOR | ANDREW SCHWARTZ |
| PETER J. ARMENIO | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | TRISTAN E. MANLEY | DARREN SILVER |
| HELENE R. BANKS | JONATHAN J. FRANKEL | | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| ANIRUDH BANSAL | SESI GARIMELLA | 1990 K STREET, N.W. | MEGHAN N. McDERMOTT | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | ARIEL GOLDMAN | WASHINGTON, DC 20006-1181 | WILLIAM J. MILLER | SUSANNA M. SUH |
| CHRISTOPHER BEVAN | PATRICK GORDON | (202) 862-8900 | EDWARD N. MOSS | SEAN R. TIERNEY |
| BROCKTON B. BOSSON | JASON M. HALL | | JOEL MOSS | JOHN A. TRIPODORO |
| JONATHAN BROWNSON * | STEPHEN HARPER | CAHILL GORDON & REINDEL (UK) LLP | NOAH B. NEWITZ | HERBERT S. WASHER |
| DONNA M. BRYAN | CRAIG M. HOROWITZ | 20 FENCHURCH STREET | WARREN NEWTON § | FRANK WEIGAND |
| EMEKA C. CHINWUBA | TIMOTHY B. HOWELL | LONDON EC3M 3BY | JULIANA OBREGON | MICHAEL B. WEISS |
| JOYDEEP CHOUDHURI * | COLLEEN TRACY JAMES | +44 (0) 20 7920 9800 | JAVIER ORTIZ | MILES C. WILEY |
| JAMES J. CLARK | DAVID G. JANUSZEWSKI | | DAVID R. OWEN | DAVID WISHENGRAD |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| AYANO K. CREED | BRIAN S. KELLEHER | WRITER'S DIRECT NUMBER | LUIS R. PENALVER | ELIZABETH M. YAHL |
| PRUE CRIDDLE ± | RICHARD KELLY | | SHEILA C. RAMESH | |
| SEAN M. DAVIS | CHÉRIE R. KISER ‡ | | MICHAEL W. REDDY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | JOEL KURTZBERG | | OLEG REZZY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | TED B. LACEY | | THOMAS ROCHER * | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | ANDREW E. LEE | | PETER J. ROONEY | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| SAMSON A. ENZER | ALIZA R. LEVINE | | MATTHEW E. ROSENTHAL | |
| JAMES Z. FANG | JOEL H. LEVITIN | | THORN ROSENTHAL | |
| GERALD J. FLATTMANN JR. | MARK LOFTUS | | TAMMY L. ROY | |

(212) 701-3838

April 24, 2024

Hon. Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> Re: *Frommer et al.* v. *MoneyLion Techs. Inc. et al.*, No. 23 Civ. 6339 (JMF)

Dear Judge Furman:

Pursuant to Rule 7.C of Your Honor's Individual Rules and Practices in Civil Cases, Defendant-Counterclaim Plaintiff MoneyLion Technologies Inc. and Third-Party Plaintiff MoneyLion Inc. (together, "MoneyLion") respectfully seek leave to file under seal portions of MoneyLion's Letter from Edward Moss to the Court, dated April 24, 2024. Plaintiffs consent to MoneyLion's request to seal.

The letter quotes from exhibits attached to Plaintiffs' April 22, 2024 letter (ECF No. 86) and that were produced on a Confidential basis pursuant to the Stipulated Confidentiality Agreement and Protective Order (ECF No. 74). Plaintiffs have already sought to seal this precise information. One of the documents quoted in MoneyLion's letter was produced by a third party who believed that it contained sensitive information that is not publicly available. The other document quoted in MoneyLion's letter was produced on a Confidential basis by MoneyLion. That document contains sensitive confidential and proprietary information concerning MoneyLion's due diligence of Malka's financials. The disclosure of contents of this document would put MoneyLion at a competitive disadvantage. Accordingly, sealing is warranted. *See Kewazinga Corp.* v. *Microsoft Corp.*, 2021 WL 1222122, at *6 (S.D.N.Y. Mar. 31, 2021) ("The demonstration of a valid need to protect the confidentiality of confidential and proprietary business

CAHILL GORDON & REINDEL LLP

-2-

information may be a legitimate basis to rebut the public's presumption of access to judicial documents." (citation omitted)).

Respectfully submitted,

**Cahill Gordon & Reindel LLP**

/s/ Edward N. Moss
Edward N. Moss
Herbert S. Washer
John S. MacGregor

32 Old Slip
New York, New York 10005
(212) 701-3000
emoss@cahill.com
hwasher@cahill.com
jmacgregor@cahill.com

**Kleinberg, Kaplan, Wolff & Cohen, P.C.**

David M. Levy
Marc R. Rosen
Joshua K. Bromberg
Alisa Benintendi
Taeler Lanser

500 Fifth Avenue
New York, New York 10110
(212) 986-6000
dlevy@kkwc.com
mrosen@kkwc.com
jbromberg@kkwc.com
abenintendi@kkwc.com
tlanser@kkwc.com

*Attorneys for Defendant and Counterclaim-Plaintiff MoneyLion Technologies Inc. and Third-Party Plaintiff MoneyLion Inc.*

---

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 87.

SO ORDERED.

[signature]

April 25, 2024