*The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.  The Clerk of Court is directed to terminate ECF No. 85.  SO ORDERED.*

*April 25, 2024*



**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**NATHANIEL AMENT-STONE**
nathaniel.ament-stone@katten.com
+1.212.940.6593 direct

April 22, 2024

<u>**VIA ECF**</u>

The Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:     <u>*Frommer et al. v. MoneyLion Techs. Inc. et al.*</u>, **No. 23-cv-06339 (JMF)**

Dear Judge Furman:

I submit this letter-motion seeking leave to file the following documents under seal, in accordance with Your Honor's Individual Practice 7.C:

- Letter from Eliot Lauer to the Court, dated April 22, 2024;
- Exhibit 1: Document Bates-numbered MoneyLion_001970 (excerpted);
- Exhibit 2: Document produced by CFGI, no Bates number;
- Exhibit 3: Document Bates-numbered DLA_001802-09;
- Exhibit 4: Document Bates-numbered DLA_001978-83;
- Exhibit 5: Document Bates-numbered DLA_002253-59;
- Exhibit 6: Document Bates-numbered DLA_002836-41.

Exhibits 1-6 were all produced on a Confidential basis pursuant to the Stipulated Confidentiality Agreement and Protective Order (ECF No. 74), as the respective producing parties believed they contained sensitive information that is not publicly available; and the letter from Eliot Lauer cites information from these documents.  Plaintiffs respectfully request leave to file these documents under seal.  Plaintiffs sought MoneyLion's consent to this letter-motion, but have not heard back.

Sincerely,

*/s/ Nathaniel Ament-Stone*

Nathaniel Ament-Stone


Cc:     All counsel of record

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES
NEW YORK     ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP