# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

**ELIOT LAUER**
eliot.lauer@katten.com
+1.212.940.6690 direct
+1.212.940.8776 fax

May 6, 2024

<u>**VIA ECF**</u>

The Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

  **Re:** *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 1:23-cv-06339-JMF

Dear Judge Furman:

  As counsel for Plaintiffs, we submit this letter-motion pursuant to Your Honor's Individual Practices to request rescheduling of the in-person hearing currently scheduled for May 15, 2024. (ECF No. 91.) Unfortunately, Plaintiffs' counsel has an unavoidable conflict on that date. We have conferred with counsel for MoneyLion, which does not oppose this letter-motion. All parties would be available on May 17, 2024, until 4:30 p.m., if the Court is available on that date. We are grateful for the Court's time and consideration.

Respectfully submitted,

<u>/s/ Eliot Lauer</u>

Eliot Lauer

cc: All counsel of record

The conference scheduled for May 15, 2024 is hereby ADJOURNED to **May 17, 2024** at **10:00 a.m**. The Clerk of Court is directed to terminate ECF No. 92. SO ORDERED.

*[Signature]*

May 6, 2024

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY CHARLOTTE CHICAGO DALLAS LOS ANGELES
NEW YORK ORANGE COUNTY SHANGHAI WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP