> Application GRANTED.  The conference scheduled for tomorrow is canceled.  All dates and deadlines remain in effect until the Court orders otherwise.  The Clerk of Court is directed to terminate ECF No. 99.
>
> SO ORDERED.
>
> *[signature]*
>
> May 16, 2024

May 16, 2024

<u>VIA ECF</u>

The Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

**Re:**  *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 1:23-cv-06339-JMF

Dear Judge Furman:

      Pursuant to Your Honor's Individual Practices, we submit this letter-motion on behalf of the parties to request cancellation of the in-person hearing scheduled for tomorrow, May 17, 2024. (ECF No. 94.)  As instructed by the Court (ECF No. 91), the parties have conferred and are pleased to report that we have reached agreement on a proposed schedule for the remainder of fact and expert discovery, which fully resolves the issues anticipated to be discussed at tomorrow's conference.  The parties will submit a joint letter-motion and revised scheduling order in the coming days.

Respectfully submitted,

| | |
|---|---|
| **Katten Muchin Rosenman LLP** | **Cahill Gordon & Reindel LLP** |
| <u>/s/ Eliot Lauer</u> | <u>/s/ Edward N. Moss</u> |
| Eliot Lauer | Edward N. Moss |
| 50 Rockefeller Plaza | 32 Old Slip |
| New York, NY 10020 | New York, NY 10005 |
| (212) 940-8800 | (212) 701-3000 |
| eliot.lauer@katten.com | emoss@cahill.com |

cc:  All counsel of record