# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

**NATHANIEL AMENT-STONE**
nathaniel.ament-stone@katten.com
+1.212.940.6593 direct

December 20, 2024

**VIA ECF**

The Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 23-cv-06339 (JMF)

Dear Judge Furman:

    Plaintiffs submit this letter requesting leave to file under seal the unredacted version of their Proposed Findings of Fact and Conclusions of Law, pursuant to Your Honor's Individual Practice 7.C. Plaintiffs are taking this step only because their Proposed Findings and Conclusions of Law contains quotations from documents and testimony which were produced by third parties and designated Confidential by them. Plaintiffs have notified the affected third parties, and take no position on whether any of the cited materials should remain confidential.

Respectfully submitted,

*/s/ Nathaniel Ament-Stone*
Nathaniel Ament-Stone

Cc:    All counsel of record

Rule 7(C)(i) of the Court's Individual Rules and Practices in Civil Cases provides that "[w]hen a party seeks leave to file a document under seal or in redacted form on the ground that an opposing party or third party has requested it, the filing party shall notify the opposing party or third party that it must file, within three business days, a letter explaining the need to seal or redact the document." Plaintiffs state that they notified the appropriate parties. *See* ECF No. 133. Since then, over three business days have elapsed and no letter was filed. The motion to seal is accordingly DENIED. The Clerk of Court is directed to terminate ECF No. 133 and to lift all viewing restrictions on ECF No. 137.

SO ORDERED.

January 3, 2025

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP