# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL AMATO | KIERSTEN A. FLETCHER | TELEPHONE: (212) 701-3000 | MARK LOFTUS | ANDREW SCHWARTZ |
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | WWW.CAHILL.COM | JOHN MacGREGOR | DARREN SILVER |
| PETER J. ARMENIO | JOAN MURTAGH FRANKEL | | TRISTAN E. MANLEY | JOSIAH M. SLOTNICK |
| HELENE R. BANKS | JONATHAN J. FRANKEL | | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| ANIRUDH BANSAL | SESI GARIMELLA | 1990 K STREET, N.W. | MEGHAN N. McDERMOTT | GREGORY STRONG |
| LANDIS C. BEST | ARIEL GOLDMAN | WASHINGTON, DC 20006-1181 | EDWARD N. MOSS | SUSANNA M. SUH |
| CHRISTOPHER BEVAN | PATRICK GORDON | (202) 862-8900 | JOEL MOSS | SEAN R. TIERNEY |
| BROCKTON B. BOSSON | JASON M. HALL | | NOAH B. NEWITZ | AMIT TREHAN |
| DONNA M. BRYAN | STEPHEN HARPER | 221 W. 10th STREET, 3rd FLOOR | EDWARD C. O'CALLAGHAN | JOHN A. TRIPODORO |
| SARAH W. CHEN | CRAIG M. HOROWITZ | WILMINGTON, DE 19801 | JULIANA OBREGON | HERBERT S. WASHER |
| EMEKA C. CHINWUBA | TIMOTHY B. HOWELL | (302) 884-0000 | JAVIER ORTIZ | FRANK WEIGAND |
| JAMES J. CLARK | COLLEEN TRACY JAMES | | DAVID R. OWEN | MILES C. WILEY |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | PETER G. WILLIAMS |
| LEWIS RINAUDO COHEN | BRIAN S. KELLEHER | 20 FENCHURCH STREET | LUIS R. PENALVER | DAVID WISHENGRAD |
| AYANO K. CREED | ANDREW R. KELLY | LONDON EC3M 3BY | SHEILA C. RAMESH | C. ANTHONY WOLFE |
| SEAN M. DAVIS | RICHARD KELLY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | ELIZABETH M. YAHL |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | OLEG REZZY | |
| ADAM M. DWORKIN | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | THOMAS ROCHER * | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | PETER J. ROONEY | |
| SAMSON A. ENZER | ANDREW E. LEE | | MATTHEW E. ROSENTHAL | ‡ ADMITTED IN DC ONLY |
| JAMES Z. FANG | ALIZA R. LEVINE | | THORN ROSENTHAL | |
| GERALD J. FLATTMANN JR. | JOEL H. LEVITIN | | TAMMY L. ROY | |

(212) 701-3833

December 20, 2024

Re:   *Frommer et al.* v. *MoneyLion Techs. Inc. et al.*, No. 23 Civ. 6339 (JMF)

Dear Judge Furman:

Pursuant to Rule 7.C of Your Honor's Individual Rules and Practices in Civil Cases, MoneyLion respectfully requests leave to file under seal specific portions of MoneyLion's Proposed Findings of Fact and Conclusions of Law (the "Pre-Trial Brief").

The Pre-Trial Brief contains information that Sellers and non-parties have designated as Confidential or Attorneys' Eyes Only under the Stipulated Confidentiality Agreement and Protective Order (ECF No. 74) (the "Protective Order"). Specifically, it contains excerpts and summaries of (i) documents produced by non-parties and designated as Confidential under the Protective Order; and (ii) documents that Sellers designated as Attorneys' Eyes Only under the Protective Order. Therefore, MoneyLion respectfully requests that these portions of the Pre-Trial Brief remain under seal until this Court has an opportunity to consider Sellers and the non-parties' requests to keep these documents under seal.

MoneyLion has advised the appropriate parties that, under Rule 7(c)(i) of Your Honor's rules, they have three business days to respond.

Respectfully submitted,

/s/ Sheila C. Ramesh

Sheila C. Ramesh

CAHILL GORDON & REINDEL LLP

-2-

The Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

<u>BY ECF</u>

cc:      Counsel of Record

Rule 7(C)(i) of the Court's Individual Rules and Practices in Civil Cases provides that "[w]hen a party seeks leave to file a document under seal or in redacted form on the ground that an opposing party or third party has requested it, the filing party shall notify the opposing party or third party that it must file, within three business days, a letter explaining the need to seal or redact the document."  Defendant states that it notified the appropriate parties.  *See* ECF No. 141.  Since then, over three business days have elapsed and no letter was filed.  The motion to seal is accordingly DENIED.  The Clerk of Court is directed to terminate ECF No. 141 and to lift all viewing restrictions on ECF No. 144.

SO ORDERED.

*[signature]*

January 3, 2025