**Katten**

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

ELIOT LAUER
eliot.lauer@katten.com
+1.212.940.6690 direct
+1.212.940.8776 fax

January 8, 2025

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 1:23-cv-06339-JMF

Dear Judge Furman:

I am lead trial counsel for Plaintiffs, and I write pursuant to the Court's Scheduling Order dated January 3, 2025 (ECF No. 149). Plaintiffs will be prepared to commence the trial on Monday, March 31, and available through Monday, April 7 (six trial days). In the late evening of April 7, I am traveling to Israel with my family for the Passover holiday, returning April 21. I will be ready to resume the trial on Tuesday, April 22. We respectfully submit that the parties, dividing time equally, will have ample time to get through the fact witnesses by the close of the day on April 7, leaving the experts for April 22-25.

I also note that one of Plaintiffs' experts, Jennifer L. Larson of Deloitte, is unavailable March 31 through April 7, 2025. Ms. Larson is available April 22-25.

Finally, while Plaintiffs previously requested that we end trial early on Fridays for the Sabbath, that will not be necessary on April 4, 2025 (or later), because sunset is after 7:20 p.m.

Respectfully submitted,

*/s/ Eliot Lauer*

Eliot Lauer

cc:   All counsel of record

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP