# CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| ANIRUDH BANSAL | PATRICK GORDON | | EDWARD N. MOSS | HERBERT S. WASHER |
| DAVID L. BARASH | JASON M. HALL | | NOAH B. NEWITZ | MICHAEL B. WEISS |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | WARREN NEWTON § | DAVID WISHENGRAD |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | DAVID R. OWEN | C. ANTHONY WOLFE |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | JOHN PAPACHRISTOS | COREY WRIGHT |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | LUIS R. PENALVER | ELIZABETH M. YAHL |
| DONNA M. BRYAN | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JOYDEEP CHOUDHURI * | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | SHEILA C. RAMESH | |
| JAMES J. CLARK | ELAI KATZ | LONDON EC3M 3BY | MICHAEL W. REDDY | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | +44 (0) 20 7920 9800 | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| LISA COLLIER | BRIAN S. KELLEHER | | THORN ROSENTHAL | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| AYANO K. CREED | RICHARD KELLY | | TAMMY L. ROY | |
| PRUE CRIDDLE ± | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | |
| SEAN M. DAVIS | JOEL KURTZBERG | | ANDREW SCHWARTZ | ‡ ADMITTED IN DC ONLY |
| STUART G. DOWNING | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ADAM M. DWORKIN | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| HELENA S. FRANCESCHI | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |
| JOAN MURTAGH FRANKEL | BRIAN T. MARKLEY | (212) 701-3833 | ANTHONY K. TAMA | |

January 7, 2025

Re:     *Frommer et al.* v. *MoneyLion Techs. Inc. et al.*, No. 23 Civ. 6339 (JMF)

Dear Judge Furman:

Pursuant to Rule 7.C of Your Honor's Individual Rules and Practices in Civil Cases, MoneyLion respectfully requests leave to file under seal specific portions of MoneyLion's Proposed Opposition to Sellers' Proposed Findings of Facts and Conclusions of Law (the "Opposition Brief").

The Opposition Brief contains information that Sellers and non-parties have designated as Confidential or Attorneys' Eyes Only under the Stipulated Confidentiality Agreement and Protective Order (ECF No. 74) (the "Protective Order"). Specifically, it contains excerpts and summaries of (i) documents produced by non-parties and designated as Confidential under the Protective Order; and (ii) documents that Sellers designated as Attorneys' Eyes Only under the Protective Order. Therefore, MoneyLion respectfully requests that these portions of the Opposition Brief remain under seal until this Court has an opportunity to consider Sellers' and the non-parties' requests to keep these documents under seal.

MoneyLion has advised the appropriate parties that, under Rule 7(c)(i) of Your Honor's rules, they have three business days to respond.

Respectfully submitted,

/s/ Sheila C. Ramesh

Sheila C. Ramesh

CAHILL GORDON & REINDEL LLP

-2-

The Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

BY ECF

cc:     Counsel of Record

The motion to seal is granted temporarily. That said, mere agreement between the parties to keep a document confidential is not sufficient to keep a "judicial document" sealed or redacted. *See, e.g., United States v. Wells Fargo Bank N.A.*, No. 12-CV-7527 (JMF), 2015 WL 3999074, at *4 (S.D.N.Y. June 30, 2015) (citing cases). Thus, if any party believes that the materials at issue should remain sealed or redacted, that party shall file a letter brief, within three days and not to exceed three pages, showing why doing so is consistent with the presumption in favor of public access to judicial documents. *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

The Clerk of Court is directed to terminate ECF No. 155.

SO ORDERED.

January 8, 2025