# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL AMATO | SAMSON A. ENZER | TELEPHONE: (212) 701-3000 | ALIZA R. LEVINE | NIKOLAS X. RODRIGUEZ |
| DANIEL R. ANDERSON | JAMES Z. FANG | WWW.CAHILL.COM | JOEL H. LEVITIN | PETER J. ROONEY |
| PETER J. ARMENIO | GERALD J. FLATTMANN JR. | | MARK LOFTUS | MATTHEW E. ROSENTHAL |
| HELENE R. BANKS | KIERSTEN A. FLETCHER | | JOHN MacGREGOR | THORN ROSENTHAL |
| ANIRUDH BANSAL | HELENA S. FRANCESCHI | 1990 K STREET, N.W. | MICHAEL MAKHOTIN | TAMMY L. ROY |
| LANDIS C. BEST | JONATHAN J. FRANKEL | WASHINGTON, DC 20006-1181 | TRISTAN E. MANLEY | ANDREW SCHWARTZ |
| CHRISTOPHER BEVAN | SESI GARIMELLA | (202) 862-8900 | BRIAN T. MARKLEY | DARREN SILVER |
| BROCKTON B. BOSSON | ARIEL GOLDMAN | | MEGHAN N. McDERMOTT | JOSIAH M. SLOTNICK |
| DONNA M. BRYAN | PATRICK GORDON | 221 W. 10th STREET, 3rd FLOOR | EDWARD N. MOSS | RICHARD A. STIEGLITZ JR. |
| SARAH W. CHEN | JASON M. HALL | WILMINGTON, DE 19801 | JOEL MOSS | GREGORY STRONG |
| EMEKA C. CHINWUBA | STEPHEN HARPER | (302) 884-0000 | NOAH B. NEWITZ | SEAN R. TIERNEY |
| JAMES J. CLARK | CRAIG M. HOROWITZ | | EDWARD C. O'CALLAGHAN | AMIT TREHAN |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | JULIANA OBREGON | HERBERT S. WASHER |
| ANDREW COCHRAN | COLLEEN TRACY JAMES | 20 FENCHURCH STREET | JAVIER ORTIZ | FRANK WEIGAND |
| LEWIS RINAUDO COHEN | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | DAVID R. OWEN | MILES C. WILEY |
| AYANO K. CREED | BRIAN S. KELLEHER | +44 (0) 20 7920 9800 | JOHN PAPACHRISTOS | PETER G. WILLIAMS |
| SEAN M. DAVIS | ANDREW R. KELLY | | LUIS R. PENALVER | DAVID WISHENGRAD |
| STUART G. DOWNING | RICHARD KELLY | | SHEILA C. RAMESH | C. ANTHONY WOLFE |
| MICHAEL A. DVORAK | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | MICHAEL W. REDDY | ELIZABETH M. YAHL |
| ADAM M. DWORKIN | TED B. LACEY | | OLEG REZZY | |
| ANASTASIA EFIMOVA | ANDREW E. LEE | | THOMAS ROCHER * | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |

(212) 701-3833

January 10, 2025

Re:     *Frommer et al* v. *MoneyLion Technologies Inc.*, 23-cv-6339

Dear Judge Furman:

    We write on behalf of MoneyLion Technologies Inc. and MoneyLion Inc. (together, "MoneyLion") in response to Sellers' January 7, 2025 motion to seal (ECF No. 150). Having reviewed Sellers' papers, MoneyLion consents to the filing of ECF Nos. 151, 154, 156, and 158 without sealing or redactions.

    MoneyLion stands ready to supply any additional information the Court may require.

Respectfully submitted,

/s/ Sheila C. Ramesh

Sheila C. Ramesh

The Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

BY ECF

cc:     Counsel of Record