

50 Rockefeller Plaza
New York, NY  10020-1605
+1.212.940.8800 tel
katten.com

**ELIOT LAUER**
eliot.lauer@katten.com
+1.212.940.6690 direct
+1.212.940.8776 fax

January 13, 2025

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 1:23-cv-06339-JMF

Dear Judge Furman:

      We write on behalf of Plaintiffs in response to MoneyLion's letter-motion dated January 7, 2025 (ECF No. 163) regarding its proposed, late-filed supplemental exhibit list. Plaintiffs have no substantive objection to the late exhibits. Plaintiffs defer to the Court as to whether to permit new exhibits offered after the December 20, 2024 deadline established in the Court's August 2024 Scheduling Order (ECF No. 123), particularly where MoneyLion made no effort to show good cause. None of these new exhibits was recently produced or discovered.

Respectfully submitted,

*/s/ Eliot Lauer*

Eliot Lauer

cc: All counsel of record