# CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL AMATO | SAMSON A. ENZER | TELEPHONE: (212) 701-3000 | ALIZA R. LEVINE | NIKOLAS X. RODRIGUEZ |
| DANIEL R. ANDERSON | JAMES Z. FANG | WWW.CAHILL.COM | JOEL H. LEVITIN | PETER J. ROONEY |
| PETER J. ARMENIO | GERALD J. FLATTMANN JR. | ——— | MARK LOFTUS | MATTHEW E. ROSENTHAL |
| HELENE R. BANKS | KIERSTEN A. FLETCHER | | JOHN MacGREGOR | THORN ROSENTHAL |
| ANIRUDH BANSAL | HELENA S. FRANCESCHI | 1990 K STREET, N.W. | MICHAEL MAKHOTIN | TAMMY L. ROY |
| LANDIS C. BEST | JONATHAN J. FRANKEL | WASHINGTON, DC 20006-1181 | TRISTAN E. MANLEY | ANDREW SCHWARTZ |
| CHRISTOPHER BEVAN | SESI GARIMELLA | (202) 862-8900 | BRIAN T. MARKLEY | DARREN SILVER |
| BROCKTON B. BOSSON | ARIEL GOLDMAN | | MEGHAN N. McDERMOTT | JOSIAH M. SLOTNICK |
| DONNA M. BRYAN | PATRICK GORDON | 221 W. 10th STREET, 3rd FLOOR | EDWARD N. MOSS | RICHARD A. STIEGLITZ JR. |
| SARAH W. CHEN | JASON M. HALL | WILMINGTON, DE 19801 | JOEL MOSS | GREGORY STRONG |
| EMEKA C. CHINWUBA | STEPHEN HARPER | (302) 884-0000 | NOAH B. NEWITZ | SEAN R. TIERNEY |
| JAMES J. CLARK | CRAIG M. HOROWITZ | | EDWARD C. O'CALLAGHAN | AMIT TREHAN |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | JULIANA OBREGON | HERBERT S. WASHER |
| ANDREW COCHRAN | COLLEEN TRACY JAMES | 20 FENCHURCH STREET | JAVIER ORTIZ | FRANK WEIGAND |
| LEWIS RINAUDO COHEN | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | DAVID R. OWEN | MILES C. WILEY |
| AYANO K. CREED | BRIAN S. KELLEHER | +44 (0) 20 7920 9800 | JOHN PAPACHRISTOS | PETER G. WILLIAMS |
| SEAN M. DAVIS | ANDREW R. KELLY | ——— | LUIS R. PENALVER | DAVID WISHENGRAD |
| STUART G. DOWNING | RICHARD KELLY | | SHEILA C. RAMESH | C. ANTHONY WOLFE |
| MICHAEL A. DVORAK | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | MICHAEL W. REDDY | ELIZABETH M. YAHL |
| ADAM M. DWORKIN | TED B. LACEY | | OLEG REZZY | |
| ANASTASIA EFIMOVA | ANDREW E. LEE | | THOMAS ROCHER * | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |

212-701-3838

January 13, 2025

    Re:   *Frommer, et al* v. *MoneyLion Technologies Inc.*, 23-cv-6339 (JMF)

Dear Judge Furman:

  We write on behalf of MoneyLion, to briefly respond to Sellers' letter of this evening (ECF No. 173).

  As explained in our January 7, 2025 letter (ECF No. 163), MoneyLion complied with the Court's Rules and Scheduling Order by including in its exhibit list, filed as part of the December 20, 2024 Joint Pretrial Order, "all exhibits to be offered in its case-in-chief." (ECF No. 132). Also on December 20, 2024, Sellers submitted a brief that put forward a defense accusing MoneyLion of manufacturing its fraud claim as part of some "campaign" to deny Sellers shares supposedly owed to them. This was unexpected since the evidence so wholly contradicts Sellers' false narrative. Regardless, MoneyLion has a right to rebut Sellers' argument, and that is precisely what it did in its January 7 opposition papers (which was the very purpose of those papers). As part of that rebuttal, MoneyLion cited in its January 7 filing documents that were not on its December 20 exhibit list because they were not part of MoneyLion's case-in-chief, but rather rebuttal responsive to Sellers' aforementioned defense. MoneyLion simply sought to provide those documents, cited in MoneyLion's January 7 papers, to the Court, so the Court can evaluate them and the parties' arguments on this issue. The alternative would have been to cite the exhibits without providing copies to the Court, and then provide them to the Court for the first time on cross-examination, re-direct, or rebuttal.

  Sellers know all of this, and so we are confused by their reference in this evening's letter to "late exhibits." These are actually early rebuttal exhibits. And Sellers' suggestion that the Court should not consider these exhibits because MoneyLion did not show good cause is particularly weak because Sellers, in their January 7 submission, asserted that

CAHILL GORDON & REINDEL LLP

-2-

"MoneyLion has no answer to [Sellers'] evidence [on this issue], so it pretends it does not exist." (ECF. No. 158 at 4.)  MoneyLion has a detailed answer, and Sellers should not be permitted to prevent the Court from evaluating the evidence on which that answer is based.

                Respectfully submitted,

                /s/  Edward Moss
                Edward Moss

The Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

BY ECF
cc: Counsel of Record