UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED AND PAT CAPRA,

                Plaintiffs,

- *against* –

MONEYLION TECHNOLOGIES INC. AND CONTINENTAL STOCK TRANSFER & TRUST COMPANY,

                Defendants,

MONEYLION TECHNOLOGIES INC.,

                Counterclaim Plaintiff,

- *against* –

JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA,

                Counterclaim Defendants,

MONEYLION INC.,

                Third-Party Plaintiff,

- *against* –

JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA,

                Third Party Defendants.

**Case No. 1:23-cv-06339-JMF**

**SUPPLEMENTAL DECLARATION OF SHEILA C. RAMESH IN SUPPORT OF MONEYLION'S MOTIONS TO EXCLUDE THE TESTIMONY OF SELLERS' <u>PROPOSED EXPERTS</u>**

I, Sheila C. Ramesh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am admitted to the Bar of this Court and am a member of the law firm Cahill Gordon & Reindel LLP, attorneys for Defendant Counterclaim Plaintiff MoneyLion Technologies Inc. and Third-Party Plaintiff MoneyLion Inc. (together, "MoneyLion") in this action. I make this declaration in support of MoneyLion's Motions to Exclude the Testimony of Sellers' Proposed Experts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Bruce B. Bingham, dated December 19, 2024.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Jennifer L. Larson, CPA, CFE, dated December 20, 2024.

Executed this 14th day of January, 2025 in New York, NY.

                                        /s/ Sheila C. Ramesh
                                          Sheila C. Ramesh