UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, :
DANIEL FRIED, and PAT CAPRA, :
  :
                       Plaintiffs, : Case No. 1:23-cv-06339-JMF
  :
                v. :
  :
MONEYLION TECHNOLOGIES INC., and :
CONTINENTAL STOCK TRANSFER & TRUST :
COMPANY, :
  :
                   Defendants. :
------------------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of plaintiffs. I certify that I am admitted to practice before this Court.

Dated: New York, New York
February 28, 2025

                                             */s/ Abigail R Kedik*
                                             KATTEN MUCHIN ROSENMAN LLP
                                             Abigail R Kedik
                                             50 Rockefeller Plaza
                                             New York, NY 10020-1605
                                             T: (212) 940-8573
                                             F: (212) 940-8776
                                             abigail.kedik@katten.com

                                             *Counsel for Plaintiffs Jeffrey Frommer,*
                                             *Lyusen (Louis) Krubich, Daniel Fried, and*
                                             *Pat Capra*