UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED AND PAT CAPRA, <br><br>    Plaintiffs, <br><br> - *against* – <br><br> MONEYLION TECHNOLOGIES INC. AND CONTINENTAL STOCK TRANSFER & TRUST COMPANY, <br><br>    Defendants, <br><br> MONEYLION TECHNOLOGIES INC., <br><br>    Counterclaim Plaintiff, <br><br> - *against* – <br><br> JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA, <br><br>    Counterclaim Defendants, <br><br> MONEYLION INC., <br><br>    Third-Party Plaintiff, <br><br> - *against* – <br><br> JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA, <br><br>    Third Party Defendants. | **Case No. 1:23-cv-06339-JMF** |

**STIPULATION OF ADMISSIBILITY AND [PROPOSED] ORDER**

Subject to the Court's approval, the parties to the above-captioned litigation hereby stipulate:

1. Each of the trial exhibits from Plaintiffs' Exhibit List, as identified in Exhibit A ~~attached hereto~~ to ECF No. 187, shall be admitted into evidence at trial.

2. Each of the trial exhibits from Defendants' Exhibit List to which there is no objection, as identified in Exhibit B ~~attached hereto~~ to ECF No. 187, shall be admitted into evidence at trial.

3. Each of the trial exhibits from the Joint Exhibit List, as identified in Exhibit C ~~attached hereto~~ to ECF No. 187, shall be admitted into evidence at trial.

Respectfully submitted this 28th day of March, 2025.

AGREED:

| KATTEN MUCHIN ROSENMAN LLP | CAHILL GORDON & REINDEL LLP |
|---|---|
| */s/ Eliot Lauer* | */s/ Sheila C. Ramesh* |
| Eliot Lauer | Sheila C. Ramesh |
| Julia B. Mosse | Herbert S. Washer |
| Gabriel Hertzberg | Edward N. Moss |
| Nathaniel Ament-Stone | Margaret A. Barone |
| 50 Rockefeller Plaza | Adam S. Mintz |
| New York, New York 10020 | Danielle Simard |
| T: (212) 940-8800 | 32 Old Slip |
| F: (212) 940-8776 | New York, New York 10005 |
| eliot.lauer@katten.com | 212-701-3000 |
| julia.mosse@katten.com | hwasher@cahill.com |
| gabe.hertzberg@katten.com | emoss@cahill.com |
| nathaniel.ament-stone@katten.com | sramesh@cahill.com |
| | mbarone@cahill.com |
| | amintz@cahill.com |
| | dsimard@cahill.com |

*Attorneys for Plaintiffs–Counterclaim/Third-Party Defendants Jeffrey Frommer, Lyusen (Louis) Krubich, Daniel Fried, and Pat Capra*

*Attorneys for Defendant and Counterclaim-Plaintiff MoneyLion Technologies Inc. and Third-Party Plaintiff MoneyLion Inc.*

SO ORDERED

_____
Hon. Jesse M. Furman (U.S.D.J.)
March 28, 2025