UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
JEFFREY FROMMER, *et al.*,                                             :
                                                                       :
                        Plaintiffs,                  :
                                                                       :
                            v.                 :  Case No. 1:23-cv-06339-JMF
                                                                       :
MONEYLION TECHNOLOGIES INC., *et ano.*,                                :
                                                                       :
                        Defendants.                  :
                                                                       :
---------------------------------------------------------------------- x

## SUPPLEMENTAL STIPULATION OF AGREED STATEMENTS OF FACT TO WHICH ALL PARTIES CONSENT

On December 20, 2024, the Parties jointly adopted 25 stipulations or agreed statement of facts (the "Stipulation"). *See* Joint Pretrial Order Ex. A, ECF No. 132-1. The Parties hereby agree that the Stipulation shall be supplemented as follows:

26. On April 24, 2023, MLI implemented a 1:30 reverse stock split (the "split"). Following the split, each MLI shareholder owned 1 share of MLI for every 30 shares previously held, and each individual share of MLI became worth 30 times its pre-split dollar value. Following the split, all MLI historical prices, as recorded on the New York Stock Exchange data reflected at PX395, were adjusted to show the price of MLI in post-split terms.

27. The pre-split 30-day VWAP, as defined in the MIPA, of MLI common stock as of July 2, 2021 was $9.93711, equivalent to $298.11351 post-split.

28. The pre-split 30-day VWAP, as defined in the MIPA, of MLI common stock as of November 15, 2021 was $6.01000, equivalent to $180.30000 post-split.

29. The pre-split 30-day VWAP, as defined in the MIPA, of MLI common stock as of December 31, 2021 was $4.00209, equivalent to $120.06270 post-split.

30. The pre-split 30-day VWAP, as defined in the MIPA, of MLI common stock as of March 31, 2022 was $2.40340, equivalent to $72.10200 post-split.

31. The pre-split 30-day VWAP of MLI common stock as of March 31, 2023 was $0.60056, equivalent to $18.01668 post-split.

32. The pre-split 30-day VWAP of MLI common stock as of April 14, 2023 was $0.55084, equivalent to $16.52531 post-split.

33. The post-split 30-day VWAP of MLI common stock as of June 14, 2023 was $15.23524, equivalent to $0.50784 pre-split.

34. The post-split 30-day VWAP of MLI common stock as of June 30, 2023 was $11.05031, equivalent to $0.36834 pre-split.

35. The post-split 30-day VWAP of MLI common stock as of September 30, 2023 was $20.84376, equivalent to $0.69479 pre-split.

36. The post-split 30-day VWAP of MLI common stock as of December 31, 2023 was $47.63149, equivalent to $1.58772 pre-split.

37. The highest intermediate post-split price of MLI common stock during the 90 calendar days beginning April 14, 2023 and ending July 13, 2023 was $22.9199 on May 8, 2023.

38. The highest intermediate post-split price of MLI common stock during the 90 calendar days beginning June 30, 2023 and ending September 28, 2023 was $25.1827 on September 20, 2023.

39. The highest intermediate post-split price of MLI common stock during the 90 calendar days beginning September 30, 2023 and ending December 29, 2023 was $66.47 on December 28, 2023.

40. The highest intermediate post-split price of MLI common stock during the 90 calendar days beginning December 31, 2023 and ending March 26, 2024 was $79.26 on March 26, 2024.

41. The highest intra-day price of MLI common stock on June 14, 2023, was $12.28000.

42. The highest intermediate post-split price of MLI common stock during the 90 calendar days beginning June 14, 2023, and ending September 12, 2023 was $24.31000 on September 5, 2023.

43. The highest intermediate post-split price of MLI common stock during the 60 calendar days beginning June 14, 2023, and ending August 12, 2023 was $16.94000 on August 11, 2023.

44. The highest intermediate post-split price of MLI common stock during the 30 calendar days beginning June 14, 2023, and ending July 13, 2023 was $13.17000 on June 30, 2023.

Dated: April 3, 2025
New York, New York

| KATTEN MUCHIN ROSENMAN LLP | CAHILL GORDON & REINDEL LLP |
|---|---|
| By: */s/ Eliot Lauer* <br> Eliot Lauer <br> Julia B. Mosse <br> Gabriel Hertzberg <br> Nathaniel Ament-Stone <br> 50 Rockefeller Plaza <br> New York, New York 10020 <br> T: (212) 940-8800 <br> F: (212) 940-8776 <br> eliot.lauer@katten.com <br> julia.mosse@katten.com <br> gabe.hertzberg@katten.com <br> nathaniel.ament-stone@katten.com <br> abigail.kedik@katten.com <br><br> *Attorneys for Plaintiffs* | By: */s/ Sheila C. Ramesh* <br> Herbert S. Washer <br> Edward N. Moss <br> Sheila C. Ramesh <br> Adam S. Mintz <br> Danielle Simard <br> 32 Old Slip <br> New York, New York 10005 <br> 212-701-3000 <br> hwasher@cahill.com <br> emoss@cahill.com <br> sramesh@cahill.com <br> amintz@cahill.com <br> dsimard@cahill.com <br><br> *Attorneys for MoneyLion Technologies Inc. and MoneyLion Inc.* |

SO ORDERED.

April 3, 2025

3