# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

**ELIOT LAUER**
eliot.lauer@katten.com
+1.212.940.6690 direct
+1.212.940.8776 fax

April 9, 2025

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 1:23-cv-06339-JMF

Dear Judge Furman:

      The parties submit this letter jointly to propose that Plaintiffs' experts, Jennifer L. Larson and Bruce B. Bingham, testify on Friday, April 25, 2025, beginning at 9:00 a.m.; and that MoneyLion's experts, Louis G. Dudney and Paul A. Gompers, testify on Monday, April 28, 2025, also beginning at 9:00 a.m.

Respectfully submitted,

*/s/ Eliot Lauer*                              */s/ Edward Moss*

Eliot Lauer (for Plaintiffs)                   Edward Moss (for Defendants)


cc:     All counsel of record

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP