# Katten

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**ELIOT LAUER**
eliot.lauer@katten.com
+1.212.940.6690 direct
+1.212.940.8776 fax

April 9, 2025

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 1:23-cv-06339-JMF

Dear Judge Furman:

The parties submit this letter jointly to propose that Plaintiffs' experts, Jennifer L. Larson and Bruce B. Bingham, testify on Friday, April 25, 2025, beginning at 9:00 a.m.; and that MoneyLion's experts, Louis G. Dudney and Paul A. Gompers, testify on Monday, April 28, 2025, also beginning at 9:00 a.m.

Respectfully submitted,

*/s/ Eliot Lauer*                                */s/ Edward Moss*

Eliot Lauer (for Plaintiffs)                Edward Moss (for Defendants)

cc:   All counsel of record

> The Court agrees with the parties' proposed schedule, except that proceedings will begin at 9:30 a.m. on both days. (The Court will shorten the lunch break if needed to compensate.)
>
> SO ORDERED.
>
> *[signature]*
>
> April 9, 2025