# **EXHIBIT A**

| | |
|---|---|
| **From:** | Ament-Stone, Nathaniel |
| **Sent:** | Monday, November 25, 2024 10:06 AM |
| **To:** | Mintz, Adam S.; Moss, Edward; Ramesh, Sheila C.; Simard, Danielle |
| **Cc:** | Lauer, Eliot; Mosse, Julia B.; Kedik, Abigail R |
| **Subject:** | RE: Frommer et al. v. MoneyLion: Communications with Dual |

Adam,

MoneyLion has a continuing obligation to produce relevant documents and information about its pending RWI claim. If MoneyLion will not produce the requested information, it should be prepared to live with that decision.

All the best,

**Nathaniel Ament-Stone**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

---

**From:** Mintz, Adam S. <AMintz@cahill.com>
**Sent:** Friday, November 22, 2024 3:56 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>; Moss, Edward <EMoss@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Communications with Dual

*EXTERNAL EMAIL – EXERCISE CAUTION*

Nathaniel,

As you know, fact discovery ended months ago on August 16. If you had concerns about MoneyLion's productions in response to Request 3, they should have been raised before August 16 and you did not do so. To the extent you are seeking documents created after August 16, Plaintiffs' First Set of Requests for Production of Documents does not specifically request such materials and so there is no pending request for their production. And, in any event, fact discovery is now closed.

Adam

_____

**Adam S. Mintz** *(he/him/his)* | **Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3981 | amintz@cahill.com
www.cahill.com

1

**PX 381**

**From:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Sent:** Friday, November 15, 2024 3:37 PM
**To:** Moss, Edward <EMoss@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Mintz, Adam S. <AMintz@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** Frommer et al. v. MoneyLion: Communications with Dual

Counsel:

On Dec. 1, 2023, plaintiffs interposed a continuing request for production of "[a]ll documents and communications relating to Plaintiffs' representations and warranties in connection with the Acquisition *including . . . communications with any insurer*." Plaintiffs received two letters responsive to this request from Dual Commercial in June 2024, and received no responsive documents or communications from MoneyLion. Plaintiffs renew the request and request, for the avoidance of doubt, that all communications with Dual Commercial concerning the Sellers' reps and warranties (including MoneyLion's allegations in this case regarding MIPA Section 3.06, Schedule A, and Schedule B) through today's date be produced by November 22, and that any subsequent communications (*i.e.*, those sent or received after today's date) be produced to plaintiffs on a continual basis within 24 hours of their delivery to or by MoneyLion.

All the best,

**Nathaniel Ament-Stone**
Associate

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==========================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================



* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited

2

and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system.  Thank you.