# Exhibit 1

**From:** Eddie Moss
**Sent:** Thursday, April 17, 2025 9:54:44 PM
**To:** Gabriel Hertzberg
**Cc:** Nathaniel Ament-Stone; Mintz, Adam S.; Barone, Margaret A.; Ramesh, Sheila C.; Washer, Herbert S.; Simard, Danielle; Eliot Lauer; Julia B. Mosse; Abigail R Kedik
**Subject:** [EXTERNAL] Re: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

Gabe,

There are two fundamental problems with your email — beyond making demonstrably false accusations and threats (please stop — it's not productive).

First, Adam did not "agree to make the production" Nathaniel is now requesting. Perhaps it would be useful for you to reread his email. Adam agreed to produce Mr. Correia's emails with Dual or Marsh. We will search for and produce any responsive documents within than category. There is quite obviously no retrade.

Second, you haven't made yourself clear at all, and that is part of the reason this is taking up so much time. You have articulated two reasons for wanting Dual-related documents. First, to try to impeach Mr. Correia. That is a fishing expedition, but at least we understand your (flawed) rationale, and we have agreed to it (i.e., by agreeing to search for and produce any of his external communications). It is the second category — communications by others at MoneyLion with Dual other than the settlement agreement itself — that we do not understand. Your explanations have been confusing and — especially now that you have made a new request for three custodians — we are entitled to a written explanation of why you think these documents are relevant so that we can discuss it with our client. Please provide it and be as clear as possible. Thanks.

Eddie


On Apr 17, 2025, at 8:05 PM, Hertzberg, Gabriel <gabe.hertzberg@katten.com> wrote:


We've made ourselves clear over two meet and confers. Adam already agreed to make the production. So commit to doing it by Tuesday or tell us you're re-trading and we'll take it to the judge. We've invested enough time in this.

**Gabriel Hertzberg**
Partner

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.8556
mobile +1.917.533.9300
gabe.hertzberg@katten.com | katten.com

On Apr 17, 2025, at 7:44 PM, Moss, Edward <EMoss@cahill.com> wrote:

*EXTERNAL EMAIL – EXERCISE CAUTION*

1

Thanks for clarifying. Same question: why?

Eddie

---

**Edward Moss** | Partner
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3838 | EMoss@cahill.com
www.cahill.com

On Apr 17, 2025, at 4:37 PM, Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com> wrote:

Hi Eddie,

We are not requesting the production of internal MoneyLion communications at this time, although we reserve our rights in that regard. By Tuesday, please produce all communications between MoneyLion and either Dual or Marsh, or anyone acting on behalf of Dual or Marsh, between September 2024 and February 2025.

All the best,

**Nathaniel Ament-Stone**
Associate

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

**From:** Moss, Edward <EMoss@cahill.com>
**Sent:** Thursday, April 17, 2025 4:06 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Cc:** Mintz, Adam S. <AMintz@cahill.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Barone, Margaret A. <MBarone@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>; Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** Re: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*
Nathaniel,

Please put in writing why you believe the internal communications — most or all of which are likely privileged anyway — are relevant.

Eddie

2

**Edward Moss | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3838 | EMoss@cahill.com
www.cahill.com

On Apr 17, 2025, at 4:00 PM, Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com> wrote:

Hi Adam,

We can accept the Sept. 2024 – Feb. 2025 relevant period (without prejudice and based on your representation that you believe discussions began in Sept.), but we cannot agree to your suggestion that the search be limited to Mr. Correia being the sole custodian. Mr. Correia testified both at trial and at deposition that he was not the primary person at MoneyLion communicating with Dual and that he received updates from others, including Adam VanWagner. The early claims-related correspondence with MoneyLion came from Mr. VanWagner, Ben Probber, and Jonathan Miu, not Mr. Correia. *See*, *e.g.*, Dual3_00020-26 (Aug. 15, 2023 Dual letter); Dual3_00036-43 (May 19, 2023 MoneyLion notice to Dual).

We therefore do not agree to limit the MoneyLion custodians for communications with Dual and/or Marsh. Please produce any responsive documents by Tuesday.

All the best,

**Nathaniel Ament-Stone**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

On Apr 17, 2025, at 12:04 PM, Mintz, Adam S. <AMintz@cahill.com> wrote:

*EXTERNAL EMAIL – EXERCISE CAUTION*

3

Gabe and Nathaniel,

We considered your request for communications regarding the settlement agreement with Dual and wanted to get back to you on a couple open items, including the scope of the search we are prepared to conduct and timing of production.

As discussed, we confirmed that the appropriate time period for what you are looking for is September 2024 to February 2025. September 2024 is when we understand the communications changed from updates about the litigation to discussions about a potential resolution of MoneyLion's claim under the policy. And February 2025 is when the agreement was signed.

On the scope of the search, while we continue to believe that anything beyond the settlement agreement is irrelevant and unduly burdensome, to put this to bed and since you say the request is to impeach Mr. Correia's testimony, we are willing to conduct a reasonable search for and to produce any non-privileged communications between Mr. Correia and either Dual or Marsh (the broker who served as a representative for Dual in these discussions) between September 2024 and February 2025. If we can reach agreement on this soon, we should be able to be complete by early next week.

Please let us know if this is acceptable.

Adam

_____

**Adam S. Mintz** *(he/him/his)* **| Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3981 | amintz@cahill.com
www.cahill.com

**From:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Sent:** Tuesday, April 15, 2025 10:08 AM
**To:** Mintz, Adam S. <AMintz@cahill.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>
**Cc:** Moss, Edward <EMoss@cahill.com>; Barone, Margaret A. <MBarone@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>; Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

Thank you, please do.

**Nathaniel Ament-Stone**
Associate

# Katten
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

4

**From:** Mintz, Adam S. <AMintz@cahill.com>
**Sent:** Tuesday, April 15, 2025 10:05 AM
**To:** Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Cc:** Moss, Edward <EMoss@cahill.com>; Barone, Margaret A. <MBarone@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>; Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*
Let's do 10:30 if that still works. We will send a dial-in.

_____

**Adam S. Mintz** *(he/him/his)* **| Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3981 | amintz@cahill.com
www.cahill.com

**From:** Hertzberg, Gabriel <gabe.hertzberg@katten.com>
**Sent:** Tuesday, April 15, 2025 9:18 AM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Cc:** Moss, Edward <EMoss@cahill.com>; Barone, Margaret A. <MBarone@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Mintz, Adam S. <AMintz@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>; Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** Re: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

Eddie/Shiela, let's fix a time please. I'm now tied up 9:30-10:15 and 11-12. Free 10:15-11 and 12-5. Thanks.

**Gabriel Hertzberg**
Partner

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.8556
mobile +1.917.533.9300
gabe.hertzberg@katten.com | katten.com

On Apr 14, 2025, at 5:22 PM, Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com> wrote:

We can meet any time after 9:30am. Please send us a Zoom invitation; thanks.

5

**Nathaniel Ament-Stone**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

**From:** Moss, Edward <EMoss@cahill.com>
**Sent:** Monday, April 14, 2025 5:20 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Cc:** Barone, Margaret A. <MBarone@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Mintz, Adam S. <AMintz@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>; Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** Re: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*
No, we're not. What availability do you have tomorrow?

_____

**Edward Moss | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3838 | EMoss@cahill.com
www.cahill.com

On Apr 14, 2025, at 3:54 PM, Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com> wrote:


Hi Eddie,

Is your side available at either 4:15pm or 5:30pm?

All the best,

**Nathaniel Ament-Stone**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

**From:** Moss, Edward <EMoss@cahill.com>
**Sent:** Monday, April 14, 2025 3:43 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Cc:** Barone, Margaret A. <MBarone@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Mintz,

6

Adam S. <AMintz@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>; Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** Re: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*

Nathaniel,

It doesn't because you were going to let us know if you were still pressing for communications after you reviewed the settlement agreement. Apparently you are. Yes, we should discuss scope.

Eddie

**Edward Moss | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3838 | EMoss@cahill.com
www.cahill.com

On Apr 14, 2025, at 3:25 PM, Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com> wrote:

Eddie,

Our meet-and-confer on Friday covered this. We explained why we are entitled to the drafts and correspondence. You undertook to go back and look at Mr. Correia's trial testimony and consider our position; we undertook to give you a heads up before pursuing this with the Court. My email was the heads up, since we hadn't heard from you. I hope that clarifies any confusion on your end.

If your position continues to be that you aren't obligated to produce anything more, we will write to the Court. If your position has changed and there is a discussion to be had over scope, let us know by 5pm and we can discuss.

All the best,

**Nathaniel Ament-Stone**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

**From:** Moss, Edward <EMoss@cahill.com>
**Sent:** Monday, April 14, 2025 3:08 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Cc:** Barone, Margaret A. <MBarone@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Mintz,

Adam S. <AMintz@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>; Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** Re: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*

Nathaniel,

Your email is confusing and sets yet another arbitrary deadline. We are confused because when we spoke to you on Friday, we were all quite clear that you would review the settlement agreement and let us know if you still are insisting on communications and, if so, which ones. We are happy to speak again.

Eddie

---

**Edward Moss | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3838 | EMoss@cahill.com
www.cahill.com

On Apr 14, 2025, at 2:11 PM, Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com> wrote:

Hi Margaret,

Thank you. As we discussed on Friday, please confirm by 5pm today whether MoneyLion will produce documents and communications relating to the drafting and negotiation of the settlement.

All the best,

**Nathaniel Ament-Stone**
Associate

# Katten
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

**From:** Barone, Margaret A. <MBarone@cahill.com>
**Sent:** Friday, April 11, 2025 6:30 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Mintz, Adam S. <AMintz@cahill.com>; Moss, Edward <EMoss@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*

Nathaniel,

Attached please find the settlement agreement, which bears the bates number MoneyLion_02080892 through MoneyLion_02080900.

Please note that the agreement has been designated as "CONFIDENTIAL" pursuant to the Stipulated Confidentiality Agreement and Protective Order, dated February 9, 2024 (Dkt. No. 74). So you are aware, in due course, we will seek an order from the Court restricting public access to the agreement.

Best,
Margaret

_____

**Margaret A. Barone | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3308 | MBarone@cahill.com
www.cahill.com

**From:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Sent:** Friday, April 11, 2025 2:59 PM
**To:** Ramesh, Sheila C. <sramesh@cahill.com>; Mintz, Adam S. <AMintz@cahill.com>; Moss, Edward <EMoss@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>; Barone, Margaret A. <MBarone@cahill.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

Hi Sheila,

We can do 3:30. I'll send a Zoom invitation now. Thanks.

**Nathaniel Ament-Stone**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

**From:** Ramesh, Sheila C. <sramesh@cahill.com>
**Sent:** Friday, April 11, 2025 2:22 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>; Mintz, Adam S. <AMintz@cahill.com>; Moss, Edward <EMoss@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg,

9

Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>; Barone, Margaret A. <MBarone@cahill.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*
Hi Nathaniel,

As we mentioned on our call earlier, we are working through confidentiality issues relating to the settlement agreement, so we can't be sure when we will able to produce it, but we will produce it as soon as we can. That being said, the agreement states the settlement amount in the document, which does appear to be the only relevant piece of information here. We think it makes sense to discuss – please let us know if you're available at 3:30 or 4.

_____

**Sheila C. Ramesh | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3833 | sramesh@cahill.com
www.cahill.com

**From:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Sent:** Friday, April 11, 2025 1:28 PM
**To:** Ramesh, Sheila C. <sramesh@cahill.com>; Mintz, Adam S. <AMintz@cahill.com>; Moss, Edward <EMoss@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>; Barone, Margaret A. <MBarone@cahill.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

Hi Sheila,

We're happy to meet and confer about the drafts and communications once we've had a chance to review the settlement agreement. Are you sending that today?

Thanks very much and all the best,

**Nathaniel Ament-Stone**
Associate

# Katten
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com

**From:** Ramesh, Sheila C. <sramesh@cahill.com>
**Sent:** Friday, April 11, 2025 12:58 PM
**To:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>; Mintz, Adam S.

<AMintz@cahill.com>; Moss, Edward <EMoss@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>; Barone, Margaret A. <MBarone@cahill.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

*EXTERNAL EMAIL – EXERCISE CAUTION*
Hi Nathaniel,

Thanks for chatting just now. Are you available to meet and confer at 3:30 or 4 pm today? Thanks.

_____

**Sheila C. Ramesh | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3833 | sramesh@cahill.com
www.cahill.com

**From:** Ament-Stone, Nathaniel <nathaniel.ament-stone@katten.com>
**Sent:** Friday, April 11, 2025 9:59 AM
**To:** Mintz, Adam S. <AMintz@cahill.com>; Moss, Edward <EMoss@cahill.com>; Ramesh, Sheila C. <sramesh@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Cc:** Lauer, Eliot <eliot.lauer@katten.com>; Mosse, Julia B. <julia.mosse@katten.com>; Hertzberg, Gabriel <gabe.hertzberg@katten.com>; Kedik, Abigail R <abigail.kedik@katten.com>; Barone, Margaret A. <MBarone@cahill.com>
**Subject:** RE: Frommer et al. v. MoneyLion: Contingent consideration and DUAL settlement

Counsel:

Following up on our request for documents relating to Dual and the purported settlement raised for the first time by Mr. Correia, can you please advise whether MoneyLion will produce those documents today?

All the best,

**Nathaniel Ament-Stone**
Associate

# Katten
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6593
nathaniel.ament-stone@katten.com | katten.com