UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY FROMMER et al.,

                Plaintiffs,

      -v-

MONEYLION TECHNOLOGIES INC. et al.,

                Defendants.
------------------------------------------------------------------X

23-CV-6339 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The Court will need to adjourn from 11:30 a.m. until 12:00 p.m. on Friday, April 25, 2025, to attend to another matter.  To make up for that time, the Court will begin proceedings on that day at 9:00 a.m. instead of 9:30 a.m.  The trial will otherwise go on as scheduled, with proceedings on April 28, 2025, beginning at 9:30 a.m.  *See* ECF No. 203.

      SO ORDERED.

Dated: April 23, 2025
       New York, New York

                                    JESSE M. FURMAN
                                    United States District Judge