# Katten

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**JULIA B. MOSSE**
julia.mosse@katten.com
+1.212.940.7010 direct
+1.212.940.8776 fax

April 23, 2025

**VIA ECF**
Hon. Jesse M. Furman
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *Frommer et al. v. MoneyLion Techs. Inc. et al.*, No. 1:23-cv-06339-JMF

Dear Judge Furman:

     We write on behalf of Plaintiffs to update citations and certain numbers included in the direct testimony declaration of Jennifer L. Larson. These updates are identified in the table attached as Exhibit A to this letter. We will submit and serve the revised declaration reflecting these updates.

Respectfully submitted,

*/s/ Julia B. Mosse*

Julia B. Mosse


cc:   All counsel of record

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

## **EXHIBIT A**

| Declaration Paragraph | Original Citation/Number | Correct Citation/Number |
|---|---|---|
| ¶ 43 | $1,935,823 | $1,262,756 |
| ¶ 49, n. 48 | 189-183 | 183-189 |
| ¶ 59 a., n. 94 | JX236 | PX236 |
| ¶ 59 a., n. 95 | JX236 | PX236 |
| ¶ 59 a., n. 96 | JX236 | PX236 |
| ¶ 59 b., n. 100 | JX236 | PX236 |
| ¶ 59 b., n. 101 | JX236 | PX236 |
| p. 32, Heading 6 | $1,935,823 | $1,262,756 |
| ¶ 67 | $1,935,823 | $1,262,756 |
| ¶ 67, n. 120 | | (rounded to the nearest dollar) |
| p. 33 Chart, Line 2 | 436,455 | 341,430 |
| p. 33 Chart, Line 4 | 112,240 | 97,240 |
| p. 33 Chart, Line 12 | 620,937 | 70,519 |
| p. 33 Chart, Line 14 | 73,521 | 60,898 |
| p. 33 Chart, Line 15 | $1,935,823 | $1,262,756 |
| pp. 35-36 Chart, Line 3 | 436,455 | 341,430 |
| pp. 35-36 Chart, Line 5 | 112,240 | 97,240 |
| pp. 35-36 Chart, Line 12 | 73,521 | 60,898 |
| pp. 35-36 Chart, Line 13 | $1,001,583 | $878,935 |
| ¶ 75 | $620,937 | $70,519 |