# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL AMATO | SAMSON A. ENZER | | JOEL H. LEVITIN | PETER J. ROONEY |
| DANIEL R. ANDERSON | JAMES Z. FANG | TELEPHONE: (212) 701-3000 | MARK LOFTUS | MATTHEW E. ROSENTHAL |
| PETER J. ARMENIO | GERALD J. FLATTMANN JR. | WWW.CAHILL.COM | JOHN MacGREGOR | THORN ROSENTHAL |
| HELENE R. BANKS | KIERSTEN A. FLETCHER | ——— | MICHAEL MAKHOTIN | TAMMY L. ROY |
| ANIRUDH BANSAL | JONATHAN J. FRANKEL | 1990 K STREET, N.W. | TRISTAN E. MANLEY | ANDREW SCHWARTZ |
| LANDIS C. BEST | SESI GARIMELLA | WASHINGTON, DC 20006-1181 | BRIAN T. MARKLEY | DARREN SILVER |
| CHRISTOPHER BEVAN | ARIEL GOLDMAN | (202) 862-8900 | MEGHAN N. McDERMOTT | JOSIAH M. SLOTNICK |
| BROCKTON B. BOSSON | PATRICK GORDON | | EDWARD N. MOSS | RICHARD A. STIEGLITZ JR. |
| DONNA M. BRYAN | JASON M. HALL | 221 W. 10th STREET, 3rd FLOOR | JOEL MOSS | GREGORY STRONG |
| SARAH W. CHEN | STEPHEN HARPER | WILMINGTON, DE 19801 | NOAH B. NEWITZ | SEAN R. TIERNEY |
| EMEKA C. CHINWUBA | CRAIG M. HOROWITZ | (302) 884-0000 | EDWARD C. O'CALLAGHAN | AMIT TREHAN |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JULIANA OBREGON | HERBERT S. WASHER |
| CHRISTOPHER W. CLEMENT | COLLEEN TRACY JAMES | CAHILL GORDON & REINDEL (UK) LLP | JAVIER ORTIZ | FRANK WEIGAND |
| ANDREW COCHRAN | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | DAVID R. OWEN | MILES C. WILEY |
| LEWIS RINAUDO COHEN | BRIAN S. KELLEHER | LONDON EC3M 3BY | JOHN PAPACHRISTOS | PETER G. WILLIAMS |
| AYANO K. CREED | ANDREW R. KELLY | +44 (0) 20 7920 9800 | LUIS R. PENALVER | DAVID WISHENGRAD |
| SEAN M. DAVIS | RICHARD KELLY | ——— | SHEILA C. RAMESH | C. ANTHONY WOLFE |
| STUART G. DOWNING | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | MICHAEL W. REDDY | ELIZABETH M. YAHL |
| MICHAEL A. DVORAK | TED B. LACEY | | OLEG REZZY | |
| ADAM M. DWORKIN | ANDREW E. LEE | | THOMAS ROCHER * | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | NIKOLAS X. RODRIGUEZ | |

(212) 701-3838

April 27, 2025

Re: *Frommer, et al.* v. *MoneyLion Technologies Inc., et al.*, 23-cv-6339-JMF

Dear Judge Furman:

We write on behalf of MoneyLion Technologies Inc. and MoneyLion Inc. to update certain citations and to revise certain numbers in the direct testimony of Louis G. Dudney. These updates are reflected in red text in the Affidavit of Louis Dudney, which we have filed contemporaneously herewith and which we intend to offer into evidence during Mr. Dudney's testimony tomorrow.

Respectfully submitted,

*/s/* Edward N. Moss

Edward N. Moss

The Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Cc: All counsel of record (via ECF)