UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED AND PAT CAPRA,<br><br>                Plaintiffs,<br><br>- against –<br><br>MONEYLION TECHNOLOGIES INC. AND CONTINENTAL STOCK TRANSFER & TRUST COMPANY,<br><br>                Defendants,<br><br>MONEYLION TECHNOLOGIES INC.,<br><br>                Counterclaim Plaintiff,<br><br>- against –<br><br>JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA,<br><br>                Counterclaim Defendants,<br><br>MONEYLION INC.,<br><br>                Third-Party Plaintiff,<br><br>- against –<br><br>JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA,<br><br>                Third Party Defendants. | No. 23-CV-6339 (JMF) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendant and Counterclaim Plaintiff MoneyLion Technologies Inc. and Third-Party Plaintiff MoneyLion Inc. (collectively, "MoneyLion") hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of

the September 29, 2025 Findings of Facts and Conclusions of Law (Dkt. No. 241) that found against MoneyLion and for Plaintiffs, Counterclaim Defendants, and Third-Party Defendants, and from each and every part of the May 14, 2024 Opinion and Order (Dkt. No. 98) that granted in part the motion by Plaintiffs, Counterclaim Defendants, and Third-Party Defendants to dismiss MoneyLion's counterclaims and third-party complaint.

Dated: October 28, 2025

                                              Respectfully submitted,

                                              By: /s/ Herbert S. Washer
                                              Herbert S. Washer
                                              Edward N. Moss
                                              Sheila C. Ramesh
                                              CAHILL GORDON & REINDEL LLP
                                              32 Old Slip
                                              New York, New York 10005
                                              212-701-3000
                                              hwasher@cahill.com
                                              emoss@cahill.com
                                              sramesh@cahill.com

                                              *Attorneys for MoneyLion Technologies Inc.*
                                              *and MoneyLion Inc.*