# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 900 16th STREET, N.W. Suite 500<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |

(212) 701-3833

November 12, 2025

Re:   *Frommer et al.* **v.** *MoneyLion Techs. Inc. et al.*, **No. 23 Civ. 6339 (JMF)**

Dear Judge Furman:

Pursuant to Rule 7.C of Your Honor's Individual Rules and Practices in Civil Cases, Defendant-Counterclaim Plaintiff MoneyLion Technologies Inc. and Third-Party Plaintiff MoneyLion Inc. (together, "MoneyLion") respectfully seek leave to file a redacted Memorandum in Opposition to Plaintiffs' Motion to Fix Attorneys' Fees, Costs, and Prejudgment Interest (the "Opposition") and to file certain exhibits under seal in the above-referenced action.

On October 29, 2025, Plaintiffs filed their Motion to Fix Attorneys' Fees, Costs, and Prejudgment Interest. (ECF 244). On the same day, Plaintiffs filed an Unopposed Letter-Motion to Seal (ECF 243) (the "Motion to Seal"), seeking leave to file under seal their (a) Memorandum in Support of their Motion (ECF 245) (the "Memorandum"), (b) Declaration of Evan S. Borenstein (ECF 247) (the "Borenstein Decl."), and (c) Exhibits A through W thereto. In the Motion to Seal, Plaintiffs argued that the information to be filed under seal was either "confidential" or for "Attorneys' Eyes Only" and subject to the Stipulated Confidentiality Agreement and Protective Order (ECF 74) entered on February 9, 2024. Motion to Seal at 1. Plaintiffs further argued that the information was confidential business information that implicated the privacy concerns not only of Plaintiffs, but of their counsel and other parties. *Id*. at 2. The Court temporarily granted Plaintiffs' Letter-Motion to Seal on the following day. (ECF 250).

MoneyLion's Opposition quotes redacted portions of the Memorandum, the sealed Borenstein Declaration, and the sealed exhibits. The Declaration of Danielle Simard ("Simard Decl.") also attaches sealed exhibits originally attached to the Borenstein Declaration (originally ECF 247-1 through 247-4).

Out of an abundance of caution, MoneyLion respectfully requests (i) to file a redacted Opposition that would maintain the confidential nature of the previously sealed materials, and (ii) to file exhibits D through G of the Simard Declaration under seal. Plaintiffs consent to this request.

CAHILL GORDON & REINDEL LLP

-2-

                                                            Respectfully Submitted,

                                                            /s/ Sheila C. Ramesh  
                                                            Sheila C. Ramesh

Hon. Jesse M. Furman, United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 2510  
New York, New York 10007

BY ECF

cc:    Counsel of Record

The motion to seal is granted temporarily. As previously stated, the Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 252.

SO ORDERED.

*[signature]*

/November 13, 2025