UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEFFREY FROMMER, *et al.*, Plaintiffs, | | |
| v. | | Case No. 1:23-cv-06339-JMF |
| MONEYLION TECHNOLOGIES INC., *et ano*., Defendants. | | ~~[PROPOSED]~~ **FINAL JUDGMENT** |

After a bench trial before the Honorable Jesse M. Furman, United States District Judge, for the reasons stated in the Court's Findings of Fact and Conclusions of Law, dated September 29, 2025 (ECF No. 241), and pursuant to the Court's Opinion and Order, dated July 7, 2026 (ECF No. 265), it is hereby,

**ORDERED, ADJUDGED AND DECREED**, that:

1. Judgment is entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amounts of:

   a. $14,515,330.80 in damages for breach of contract based on Defendants' restriction of Plaintiffs' access to their vested shares (the "Vested Shares Damages"); and

   b. $25,000,000.00 in damages for breach of contract based on Defendants' failure to pay Plaintiffs in connection with the 2022 Earnout (the "2022 Earnout Damages").

2. Prejudgment interest is due and owing from Defendants to Plaintiffs on the $14,515,330.80 in Vested Shares Damages at the rate of 10.5% per annum from September 5, 2023 through the date of entry of this Final Judgment. Through July 21, 2026, a total of $4,384,425.26 of prejudgment interest has accrued in respect of the Vested Shares Damages. Prejudgment

interest on the Vested Shares Damages shall continue to accrue at a rate of $4,175.64 per day from July 21, 2026 through the date Final Judgment is entered. Accordingly, Plaintiffs are awarded a total of [$4,388,600.90] in prejudgment interest in respect of the Vested Shares Damages.

3. Prejudgment interest is due and owing from Defendants to Plaintiffs on the $25,000,000.00 in 2022 Earnout Damages at the rate of 10.25% per annum from July 21, 2023 through the date of entry of this Final Judgment. Through July 21, 2026, a total of $7,694,520.55 of prejudgment interest has accrued in respect of the 2022 Earnout Damages. Prejudgment interest on the 2022 Earnout Damages shall continue to accrue at a rate of $7,020.55 per day from July 21, 2026 through the date Final Judgment is entered. Accordingly, Plaintiffs are awarded a total of [$7,701,541.10] in prejudgment interest in respect of the 2022 Earnout Damages.

4. Plaintiffs are awarded $14,312,268.06 in attorney's fees and $1,268,462.95, in costs, for a total of $15,580,731.01, jointly and severally, from Defendants.

5. Plaintiffs shall be entitled to post-judgment interest pursuant to 28 U.S.C. § 1961, accruing from the date of this Final Judgment through and including the date that Plaintiffs receive the payments specified herein.

6. Defendants' counterclaims are fully and finally dismissed with prejudice.

7. This is a Final Judgment disposing of all remaining claims against all remaining parties and shall take effect immediately upon entry by the Clerk of Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, there being no just cause for delay, the Clerk of Court shall enter this Final Judgment forthwith and without further notice.

Dated: July 22, 2026

Hon. Jesse M. Furman
UNITED STATES DISTRICT JUDGE

~~CLERK OF COURT~~

The Clerk of Court is directed to enter judgment and close this case.