**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED AND PAT CAPRA**,**

Plaintiffs,

- *against* –

MONEYLION TECHNOLOGIES INC. AND CONTINENTAL STOCK TRANSFER & TRUST COMPANY,

Defendants,

MONEYLION TECHNOLOGIES INC.**,**

Counterclaim Plaintiff,

- *against* –

JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA,

Counterclaim Defendants,

MONEYLION INC.,

Third-Party Plaintiff,

- *against* –

JEFFREY FROMMER, LYUSEN (LOUIS) KRUBICH, DANIEL FRIED and PAT CAPRA,

Third Party Defendants.

**Case No. 1:23-cv-06339-JMF**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant and Counterclaim Plaintiff MoneyLion Technologies Inc. and Third-Party Plaintiff MoneyLion Inc. (together, "MoneyLion") move this Court for an order pursuant to Federal Rule of Civil

Procedure 62(b), and in accordance with Federal Rule of Appellate Procedure 8(a)(1)(B), approving a supersedeas bond in the amount of $74,576,686.23 to secure satisfaction of the judgment entered by this Court on July 22, 2026, staying execution of the judgment pending appeal, and granting such other and further relief as this Court may deem just and proper.

Dated: August 17, 2026
New York, New York

CAHILL GORDON & REINDEL LLP

By: /s/ Edward N. Moss
Herbert S. Washer
Sheila C. Ramesh
Edward N. Moss
32 Old Slip
New York, New York 10005
212-701-3000
hwasher@cahill.com
sramesh@cahill.com
emoss@cahill.com

*Attorneys for MoneyLion Technologies Inc. and MoneyLion Inc.*

Application GRANTED as unopposed. The Clerk of Court is directed to terminate ECF No. 280.

SO ORDERED.

August 18, 2026